IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| PHILIP L. MOLAISON, | § |
| Plaintiff, | § |
| vs. | § Civil Action No. 1:09-CV-158-C |
| | § ECF |
| MICHAEL J. ASTRUE, | § |
| Commissioner of Social Security, | § |
| Defendant. | § |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed March 2, 2011 (Doc. 23). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should further describe the weight given to the opinions of the treating and non-examining physicians and for further development of the record as necessary.

Dated March 23, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE